NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CHIMEI INNOLUX CORPORATION AND INNOLUX CORPORATION,**
*Petitioners.*

---

Miscellaneous Docket No. 989

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in consolidated case nos. 07-CV-565 and 08-CV-478, Judge T. John Ward.

---

**ON PETITION**

---

**ORDER**

Upon consideration of Chimei Innolux Corp. and Innolux Corp.'s motion to withdraw its petition for a writ of mandamus and related motions,

IT IS ORDERED THAT:

The motion is granted. All pending motions are moot.

FOR THE COURT

JUN 15 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 15 2011

JAN HORBALY
CLERK

cc: Wayne O. Stacy, Esq.
Martin J. Black, Esq.
Hua Chen, Esq.
Mark A. Samuels, Esq.
Clerk, United States District Court for the Eastern
District Of Texas

s19